**Leroy L. ROSS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 46111.**

Missouri Court of Appeals, Western District.

Feb. 9, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 30, 1993.

Application to Transfer Denied May 25, 1993.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, C.J., and TURNAGE and SPINDEN, JJ.

## ORDER

PER CURIAM:

Movant appeals from the denial of a Rule 24.035 motion for post-conviction relief, after an evidentiary hearing. The denial of post-conviction relief is affirmed. Rule 84.-16(b).